**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ATOMIC HILL
ADC #110189**                                                                                             **PLAINTIFF**

**V.**                     **No. 2:08CV00074 JMM-BD**

**MARY WILLIS,** *et al.*                                                                **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DENIES Plaintiff's motion for preliminary injunction (#7).

IT IS SO ORDERED, this 16th day of June, 2008.

                                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE