**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ATOMIC HILL
ADC #110189**                                                                                           **PLAINTIFF**

**V.**                                       **No. 2:08CV00074 JMM-BD**

**MARY WILLIS,** *et al.*                                                                             **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DENIES Plaintiff's motion for restraining order (docket entry #16).

IT IS SO ORDERED, this 24th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE