**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ATOMIC HILL**                                                               **PLAINTIFF**
**ADC # 110189**

V.                   **NO. 2:08CV00074-JMM-BD**

**MARY WILLIS, et al.**                                                **DEFENDANTS**

**<u>ORDER</u>**

The Clerk of the Court is requested to update the docket listing to reflect the correct names of the following defendants, as indicated in their Motion to Dismiss (docket entry #50): Steve Outlaw, James Crumpton, Essie Clay, Moses Jackson, Maurice Williams, Larry Norris, Larry May, Paulette Green, Tameka Cody, and Greg Harmon.

IT IS SO ORDERED this 8th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE