**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ATOMIC HILL**
**ADC #110189**                                                                                           **PLAINTIFF**

**V.**                                    **No. 2:08CV00074 JMM-BD**

**MARY WILLIS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Motion for Summary Judgment (docket entry #50) is GRANTED. Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 3rd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE