# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ATOMIC HILL**
**ADC #110189** **PLAINTIFF**

**V.** No. 2:08CV00074 JMM-BD

**MARY WILLIS,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE